[No. 8384–8–I. Division One. April 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH WILLIAM HENDRIX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90742, James J. Dore, J., entered December 17, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Andersen and Corbett, JJ.

[No. 8297–3–I. Division One. April 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG B. COLE, ET AL, *Defendants,* JEFFREY L. COLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90519, H. Joseph Coleman, J., entered November 21, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Williams and Andersen, JJ.

[No. 8198–5–I. Division One. April 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL BAYARD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00170–2, Thomas G. McCrea, J., entered October 12, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham and Corbett, JJ.